



**United States District Court**
**Eastern District of California**

FILED
OCT 1 2 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Marcus Turner

Plaintiff(s)

V.

Halsted Financial Services, LLC.

Defendant(s)

Case Number: 23-CV-01200-JLT-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kara S. McCabe hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Halsted Financial Services, LLC.

On April 21, 2021 (date), I was admitted to practice and presently in good standing in the US District Court Eastern District of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/09/2023         Signature of Applicant: /s/ _K. S. McC_

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Kara S. McCabe |
| Law Firm Name: | Gordon Rees Scully Mansukhani, LLP. |
| Address: | One Battery Park Plaza |
| | 28th Floor |
| City: | New York   State: NY   Zip: 10004 |
| Phone Number w/Area Code: | (973) 349-7818 |
| City and State of Residence: | East Northport, New York |
| Primary E-mail Address: | kmccabe@grsm.com |
| Secondary E-mail Address: | afaybusovich@grsm.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Mark S. Posard |
| Law Firm Name: | Gordon Rees Scully Mansukhani, LLP. |
| Address: | 275 Battery Street, Suite 2000 |
| City: | San Francisco   State: CA   Zip: 94111 |
| Phone Number w/Area Code: | 415-875-3343   Bar #: 208790 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/12/23

_____
JUDGE, U.S. DISTRICT COURT