



NOV 14 2023

**United States District Court**
**Eastern District of California**

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

MARCUS TURNER

Plaintiff(s)

V.

HALSTED FINANCIAL SERVICES, LLC

Defendant(s)

Case Number: 1:23-cv-01200

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, DAVID M. BARSHAY, ESQ. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
PLAINTIFF MARCUS TURNER

On 02/09/2000 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/25/2023          Signature of Applicant: /s/ David M. Barshay

**Pro Hac Vice Attorney**

Applicant's Name: DAVID M. BARSHAY, ESQ.

Law Firm Name: BARSHAY, RIZZO & LOPEZ, PLLC

Address: 445 Broadhollow Road

SUITE CL 18

City: Melville   State: NY   Zip: 11747

Phone Number w/Area Code: (631) 210-7272

City and State of Residence: Smithtown, NY

Primary E-mail Address: dbarshay@barlfirm.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Youssef H. Hammoud

Law Firm Name: HAMMOUD LAW, P.C.

Address: 3744 E. Chapman Ave., #F12269

City: Orange   State: CA   Zip: 92859

Phone Number w/Area Code: (949) 301-9692   Bar #: 321934

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/14/23

[signature]

JUDGE, U.S. DISTRICT COURT